USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-6-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- against -

**FELIPE CHAIREZ,**

   Defendant.

---

**19-cr-542 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for another conference on **February 10, 2020** at **10:00 A.M.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **January 4, 2020**, until **February 10, 2020**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   New York, New York
         January 4, 2020

                                    _____
                                    John G. Koeltl
                                    **United States District Judge**