**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

    - against -                  **19-cr-542 (JGK)**

**FELIPE CHAIREZ,**                      <u>**ORDER**</u>

               **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached correspondence via email from the Government.

    The Government is requested to inquire with the MCC whether Mr. Chairez himself has received soap.

**SO ORDERED.**

**Dated:    New York, New York**
             **March 23, 2020**

                                                  /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**

# U.S. v. Felipe Chairez, 19 Cr. 542 (JGK)

**Schrier, Benjamin (USANYS) <Benjamin.Schrier@usdoj.gov>**
Mon 3/23/2020 5:58 PM

**To:** Koeltl NYSD Chambers <KoeltlNYSDChambers@nysd.uscourts.gov>
**Cc:** alexei@schachtlaw.net <alexei@schachtlaw.net>

Dear Judge Koeltl:

The Government respectfully writes in response to the Court's March 20, 2020 order directing the Government to "report to the Court by Monday, March 23, 2020 whether the defendant [in the above-captioned case] has been provided with soap and/or hand sanitizer."

I am writing by email because I have been having significant difficulty connecting to our Office's network from home today. I will file a letter containing the content of this email as soon as possible, hopefully tomorrow, but I did not want to wait to respond until after the deadline had passed.

On March 13, 2020, bars of soap were delivered to each of the units at the MCC. Another delivery was made last week. The commissary should be up and running this week, so that inmates who have the ability to purchase soap other than the institutional MCC soap can do so. Any inmate who does not have the money to purchase different soap will be provided with the MCC soap at no cost. Staff at the MCC will also be passing out soap and other hygiene items to inmates this week.

Cleaning supplies are available in each unit. Inmate orderlies have been cleaning common areas, and inmates have been instructed to continue wiping down their own cells. Showers are available as they would be in the ordinary course.

Please let me know if the Court requires any additional information. Thanks very much.

Respectfully Submitted,

Ben Schrier

Benjamin Woodside Schrier
Assistant United States Attorney
United States Attorney's Office
Southern District of New York

One St. Andrew's Plaza
New York, NY 10007
(212) 637-1062
[benjamin.schrier@usdoj.gov]benjamin.schrier@usdoj.gov