```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                      19-cr-542 (JGK)

                                <u>ORDER</u>

**FELIPE CHAIREZ,**

                Defendant.

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another conference on **November 20, 2020** at **9:00 A.M.**

    Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 8, 2020,** until **November 20, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    New York, New York
            September 8, 2020          _____/s/ John G. Koeltl_____
                                                           **John G. Koeltl**
                                           **United States District Judge**