UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                                                                             19 cr 542 (JGK)

        -against-

                                                                             **SPEEDY TRIAL ORDER**

FELIPE CHAIREZ,

                          Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Wednesday, December 23, 2020, at 9:00am,** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **December 23, 2020** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                      **JOHN G. KOELTL**
                                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 18, 2020