**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA,**

      - against -                    19-cr-542 (JGK)

**FELIPE CHAIREZ,**                      <u>ORDER</u>

        **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The conference set for February 22, 2021 is adjourned until **February 24, 2021, at 9:00 am**. Because a continuance is needed to assure the effective assistance and because of the unavailability of the previously scheduled date, the Court prospectively excludes the time from today, **February 17, 2021,** until **February 24, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 17, 2021**              ___/s/ John G. Koeltl_____
                                                              **John G. Koeltl**
                                                      **United States District Judge**