**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA,**

      - against -                                19-cr-542 (JGK)

**FELIPE CHAIREZ,**                                     <u>ORDER</u>

                Defendant.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed during the conference held on March 31, 2021, because a continuance is needed to assure the effective assistance of counsel and for the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **March 31, 2021,** until **April 19, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    New York, New York
            March 31, 2021                    /s/ John G. Koeltl
                                                            John G. Koeltl
                                             **United States District Judge**