USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __4-19-21__

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

-v-

FELIPE CHAIREZ

19 -CR- 542 (JGK) ( )

Defendant(s).

------------------------------------------------------------X

Defendant __FELIPE CHAIREZ__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_✓_ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__FELIPE CHAIREZ__
Print Defendant's Name

_____
Defense Counsel's Signature

__ALEXEI SCHACHT__
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

__4/19/21__
Date

_____
U.S. District Judge/U.S. Magistrate Judge