UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                              19 cr 542 (JGK)

                                                                     **ORDER**

FELIPE CHAIREZ,
                    Defendant.
-----------------------------------------------------------------X

       The Clerk shall strike both document and docket entry 58. Counsel shall file a redacted version of its submission. An unredacted version of the submission will be filed under seal.

**SO ORDERED.**

                                                                     **JOHN G. KOELTL**
                                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 16, 2021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021
```